UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOBSON,

                        Plaintiff,

      - *against* -

ASTRUE,

                        Defendant.

12CV8416 (CS)(LMS)

**ORDER**

**LISA MARGARET SMITH, U.S.M.J.**

      On January 30, 2020, Plaintiff's counsel filed a motion for attorneys' fees, Docket # 29. Although counsel for Defendant filed a Notice of Appearance on March 6, 2020, Docket # 33, Defendant has neither filed papers in response to the motion nor has Defendant contacted the Court to request an extension of time in which to do so. Accordingly, the Court hereby orders that Defendant shall file papers in opposition to the motion for attorneys' fees **by no later than April 20, 2020**. Plaintiff's reply, if any, shall be filed **by no later than April 27, 2020**.

      Should Defendant fail to oppose the motion, the Court may recommend that the motion be granted by default.

Dated: April 6, 2020
       White Plains, New York

                                  SO ORDERED,

                                  Lisa Margaret Smith
                                  United States Magistrate Judge
                                  Southern District of New York